No. 99–5258. STOJETZ *v.* OHIO. Sup. Ct. Ohio. Motion of petitioner to strike the brief in opposition denied. Certiorari denied.